## No. 5874.

### CHARLES L. FRANTZ VS. E. WAGGAMAN, SHERIFF, ET AL.

*A judgment not signed cannot be appealed from, and the appeal must be dismissed.*

APPEAL from the Fifth District Court, parish of Orleans. *Cullom, J. Sambola & Ducros* and *G. Schmidt,* for plaintiff and appellant. *Max Dinkelspiel* for defendants and appellees.

HOWELL, J. The judgment appealed from in this case is not signed, and according to the well-settled jurisprudence of this court no appeal lies therefrom.

It is therefore ordered that the appeal herein be dismissed with costs.